BARNEY MALTZ v. GENERAL CIGAR CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 835.]

WESTERN UNION TELEGRAPH COMPANY v. JOSEPH P. SELLY, Individually and as President of the American Communications Association, C.I.O., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Callahan, JJ. [See *ante*, p. 839.]

In the Matter of ABRAHAM B. ALBERT. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *ante*, p. 481.]

THEODORE WEICKER, JR., v. SCHATZ A. WEICKER.— Motion for reargument granted and, such reargument having been had, the order of this court entered herein on the 7th day of March, 1946, is resettled to provide that the increase in alimony allowed by this court take effect as of December 10, 1943. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *ante*, p. 803.]

### (April 23, 1946.)

In the Matter of IRVING SLATER (Admitted to the Bar under the Name of IRVING SLUTZKIN), an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

### (April 26, 1946.)

In the Matter of BERNARD PINES, Petitioner, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 929.]

In the Matter of FRANK Z. SERMAN, Petitioner, against EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 929.]

In the Matter of HERMAN J. BLUMENTHAL, Petitioner, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 929.]

BENJAMIN PRINCE, Appellant, v. 154 WEST 55TH STREET CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

DIARMID CAMPBELL-JOHNSTON, Appellant, v. LIBERTY MAGAZINE, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 998.]

RITA L. MILLER, Plaintiff, and LOUIS L. SHEINIS, Respondent, v. SORREL ROSS, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.